106 F.3d 384
 Bruce Barnes, Naaman Harris, Muhammad Mustafaa
v.
Southeastern Pennsylvania Transportation Authority,
Transport Workers Union of Philadelphia, Local 234 Transport
Workers Union of America/AFL-CIO, Harry Lombardo, John
Solecki, Lt. Cpl. N. Bentley, Badge No. 46, D. Noz, IV,
Badge No. 256, Unknown Individuals
 NO. 96-1274
 United States Court of Appeals,
Third Circuit.
 Dec 18, 1996
 
 Appeal From: E.D.Pa. , No. 93-cv-03644 ,
 Robreno, J.
 
 
 1
 AFFIRMED.